BRIDGET FINN

*vs.*

ANNA KIERNAN, ADMX.

Superior Court    New Haven County    File No. 57893

## MEMORANDUM FILED DECEMBER 13, 1940.

*Robert J. Woodruff*, and *Arthur Klein*, of New Haven, for the Plaintiff.

*David M. Reilly*, of New Haven, for the Defendant.

MUNGER, J. The plaintiff moves for a default for failure to file answer. The defendant is not in default. The motion of the plaintiff for leave to amend was granted January 12, 1940, but no amendment has been filed.

The position of the defendant is technically correct.

"The granting of a motion to amend does not in itself constitute an amendment." *Motiejaitis vs. Johnson*, 117 Conn. 631, 638.

Motion for default denied.